UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRUCE L. OUTLAW, SR., | ) | Case No. 16-20139    JPK |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

NOTICE OF APPEARANCE

Comes now David Capp, United States Attorney for the Northern District of Indiana, by Robin W. Morlock, Assistant United States Attorney, and enters his Appearance for the United States of America, for and on behalf of its agency, Internal Revenue Service.

                         Respectfully submitted,

                         DAVID CAPP
                         UNITED STATES ATTORNEY

By:   */s/ Robin W. Morlock*
       Robin W. Morlock
       Assistant United States Attorney
       United States Attorney's Office
       Northern District of Indiana
       5400 Federal Plaza, Suite 1500
       Hammond, Indiana 46320
       Tel: (219) 937-5500
       Fax: (219) 852-2770
       Email: robin.morlock@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2016, AUSA Robin W. Morlock, electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Kenneth L. Fugate<br>7225 East Ridge Road<br>Hobart, IN 46342 | Nancy J. Gargula, U.S. Trustee<br>One Michiana Square Building<br>100 East Wayne Street, Suite 555<br>South Bend, IN  46601 |

Paul R. Chael, Trustee
401 West 84th Drive, Suite C
Merrillville, IN 46410

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Bruce Lloyd Outlaw, Sr.
>6281 Chase Street
>Merrillville, IN 46410

      /s/ Tracy L. Darrough
      Tracy L. Darrough
      Legal Assistant

OFFICE OF:

United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel:   (219) 937-5500
Fax:  (219) 852-2770