UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

FILED 2018 OCT 4 AM 11:59
*** CLERK, US COURT, INNB ***

In re: BRUCE LLOYD OUTLAW, SR

Case No. 16-20139-jra

WILLIE T. DONALD

v.

BRUCE LLOYD OUTLAW, SR.,

Adv. Proceeding No. TO BE FILED

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* IN AN ADVERSARY PROCEEDING ON BEHALF OF**

WILLIE T. DONALD

Party(s) Represented

Pursuant to Northern District of Indiana Local Bankruptcy Rule B-9010-1, the undersigned hereby applies for permission to appear in this proceeding, *pro hac vice*, and in support thereof provides the court with the following information.

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: DRURY    First Name: SCOTT    Middle Initial: 

Generation (Sr., Jr., etc): 

Firm Name: LOEVY & LOEVY

Street Address: 311 N. ABERDEEN    Suite/Room No.: 3RD FL

City: CHICAGO    State: IL    Zip + 4: 60607

Office Telephone No.: (312) 243-5900    Fax No.: (312) 243-5902

E-Mail Address: DRURY@LOEVY.COM

Currently Admitted to Practice Before: (check all that apply)

☐ U.S. Supreme Court    ☒ 7th Circuit Court of Appeals    ☐ Indiana Supreme Court    ☐ Other

List All Jurisdictions and Bar ID nos.: NORTHERN DIST. OF IL, COURT OF APPEALS - 7TH & 8TH CIRCUITS, SUPREME COURT OF ILLINOIS, IL Bar ID 6255867

**EDUCATION:**

College: UNIVERSITY OF CALIFORNIA     Degree: B.A.     Year Completed: 1995

Law School: NORTHWESTERN UNIVERSITY SCHOOL OF LAW     Year Graduated: 1998

Other Post-Graduate Schooling:

Have you ever been subjected to public discipline by any court of the United States or the District of Columbia or by a court of any State, Territory, commonwealth, or possession of the United States?

☐ Yes (*If yes, please attach an explanation.*)     ☒ No

Applicant: I, SCOTT DRURY, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States Bankruptcy Court for the Northern District of Indiana and the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: Oct 3, 2018

_____
Signature of Applicant

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
|     BRUCE LLOYD OUTLAW, SR., | ) | Case No. 16-20139-jra |
| | ) | |
|     Debtor, | ) | Chapter: 13 |
| | ) | |
| WILLIE T. DONALD, | ) | |
| | ) | |
|     Plaintiff, | ) | Judge James R. Ahler |
| | ) | |
|     v. | ) | |
| | ) | |
| BRUCE LLOYD OUTLAW, SR., | ) | |
| | ) | |
|     Defendant. | ) | |

## [PROPOSED] ORDER

Plaintiff WILLIE T. DONALD, by his attorneys, LOEVY & LOEVY, having filed herein Attorney Scott Drury's Motion for Admission to Practice *Pro Hac Vice* in an Adversary Proceeding on Behalf of Willie T. Donald, with the Court having reviewed the same and being duly advised in the premises, hereby orders Attorney Scott Drury to be admitted *pro hac vice* in the adversary proceeding in the above-captioned matter.

Dated: _____                        _____