## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | | |
|---|---|---|
| **In re** | ) | |
| | ) | |
| **BRUCE LLOYD OUTLAW, SR.,** | ) | Case No. 16-20139-jra |
| | ) | |
| **Debtor,** | ) | Chapter: 13 |
| | ) | |
| **WILLIE T. DONALD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Judge James R. Ahler** |
| | ) | |
| **v.** | ) | |
| | ) | **Adversarial Proceedings:** |
| **BRUCE LLOYD OUTLAW, SR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

To the Clerk of this Court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5 (g), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct within the Seventh Federal Judicial Circuit. I declare under the penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for **Bruce Lloyd Outlaw, Sr.**

Date: November 6, 2018

                                                Respectfully submitted,

                                          By:    */s/ Minh C. Wai*
                                                            Minh C. Wai (#22780-45)

KOPKA PINKUS DOLIN PC
9801 Connecticut Drive
Crown Point, Indiana 46307
(219) 794-1888
E-mail: mcwai@kopkalaw.com

## Certificate of Service

      I hereby certify that on November 6, 2018**,** I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Scott Drury | Kenneth L. Fugate |
| Loevy & Loevy | 7225 East Ridge Road |
| 311 N. Aberdeen Street | Hobart, IN 46342 |
| 3rd Floor | |
| Chicago, IL  60607 | |
| drury@loevy.com | |
| | |
| Paul R. Chael | Nancy J. Gargula |
| 401 West 84th Drive, Suite C | 100 East Wayne Street, 5th Floor |
| Merrillville, IN 46410 | South Bend, IN 46601-2349 |

                                                    /s/ *Minh C. Wai*