FILED
2018 NOV 15 AM 11: 13
CHRISTOPHER M. DeTORO
CLERK OF COURT
U.S. BANKRUPTCY COURT
N. DISTRICT OF INDIANA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| In re | |
| BRUCE LLOYD OUTLAW, SR., | Case No. 16-20139-jra<br>Chapter 13 |
| Debtor, | |
| WILLIE T. DONALD, | Judge James R. Ahler |
| Plaintiff, | |
| v. | Adv. Proc. No. 18-02061-jra |
| BRUCE LLOYD OUTLAW, SR., | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* IN AN ADVERSARY PROCEEDING (DKT No. 119)**

PLEASE TAKE NOTICE that SCOTT R. DRURY is withdrawing his previously-filed Motion for Admission to Practice *Pro Hac Vice* in an Adversary Proceeding (Dkt No. 119). Mr. Drury intends to refile a motion for admission to practice *pro hac vice* that contains the Adversary Proceeding Number assigned to this adversary proceeding.

Dated: November 9, 2018

Respectfully submitted,

SCOTT R. DRURY
One of plaintiff's attorneys

Scott R. Drury
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
drury@loevy.com

**CERTIFICATE OF SERVICE**

I, Scott R. Drury, an attorney, hereby certify that on November 9, 2018, I caused the foregoing Notice of Withdrawal of Motion for Admission to Practice *Pro Hac Vice* in an Adversary Proceeding (Dkt No. 119) to be filed by United States Mail, postage prepaid, on the following counsel and trustees of record:

Kenneth L. Fugate
7225 East Ridge Road
Hobart, Indiana 46342

Paul R. Chael
401 West 84th Drive, Suite C
Merrillville, Indiana 46410

Nancy J. Gargula
100 East Wayne Street, 5th Floor
South Bend, Indiana 46601-2349

SCOTT R. DRURY