**UNITED STATES BANKRUPTCY COURT
FOR THE
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

IN RE:                         CHAPTER 13
    BRUCE LLOYD OUTLAW, SR.     BANKRUPTCY NO. 16-20139

    Debtor

**<u>APPEARANCE</u>**

    Comes now Dennis M. Ostrowski of Reimer Law Co., and enters an appearance, via N.D. Ind. L.B.R. B-9010-2(a), on behalf of the Creditor herein, Credit Acceptance Corporation, and requests that all notices sent by the Clerk pursuant to Bankruptcy Rule 2002 be sent to counsel at the address set forth below.

Reimer Law Co.


By: <u>/s/ Dennis M. Ostrowski</u>
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com

C18-7644   DMO/LMS

## **CERTIFICATE**

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Paul R. Chael on behalf of the Chapter 13 Trustee's office at legal@pchael13.com

3. Kenneth L Fugate, Esq. on behalf of Bruce Lloyd Outlaw, Sr., Debtor, at fugate.ecf@gmail.com

    And by regular U.S. mail, postage prepaid, to:

1. Bruce Lloyd Outlaw, Sr., Debtor
   6281 Chase Street
   Merrillville, IN  46410

REIMER LAW CO.


By: /s/ Dennis M. Ostrowski
Dennis M. Ostrowski (18099-10)
Counsel for Creditor
9300 Shelbyville Road, Suite 1000
Louisville, KY 40222
502-371-0060
502-371-0061 – fax
Reimer.ecf@reimerlaw.com