**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRUCE LLOYD OUTLAW, SR., | ) | Case No. 16-20139-JRA |
| | ) | |
| Debtor, | ) | CHAPTER 13 |

To the Clerk of this Court and all parties of record:

I, the undersigned attorney, state that I am admitted to practice in the United States District Court for the Northern District of Indiana and, pursuant to N.D. Ind. L.B.R. B-9010-2(a), enter my appearance on behalf of Creditor Willie T. Donald.

Date: January 7, 2021

Respectfully submitted,

By: /s/ Scott R. Drury
SCOTT R. DRURY (IL Bar No. 6255867)
Attorney for Creditor Willie T. Donald

Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
drury@loevy.com

**CERTIFICATE OF SERVICE**

      I, Scott R. Drury, certify that on January 7, 2021, I served a true and complete copy of this pleading on all counsel of record using the Court's CM/ECF system.

      /s/ Scott R. Drury